FILED
CLERK, U.S. DISTRICT COURT
MAR - 7 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF Gabriel Eduardo Sarmiento Cuevas<br><br>A Fugitive from the Kingdom of Spain | Case No. 11-477M<br><br>ORDER OF DETENTION PENDING EXTRADITION PROCEEDINGS |

Upon motion of the Government to detain the fugitive Gabriel Eduardo Sarmiento Cuevas (the "fugitive") pending further extradition proceedings,

The Court finds:

✓ The Fugitive has failed to demonstrate that special circumstances exist to justify his release on bail;

✓ The Fugitive has failed to demonstrate that he is not a flight risk or danger to the community.

IT IS THEREFORE ORDERED that the Fugitive is ordered detained pending further extradition proceedings absent further order of this Court.

DATED: 3/7/11

HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge